# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, T.J. STINSON**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## DEMETRIUS E. JOHNSON
### GAS TURBINE SYSTEMS TECHNICIAN (MECHANICAL) THIRD CLASS (E-4), U.S. NAVY

### NMCCA 201400335
### GENERAL COURT-MARTIAL

**Sentence Adjudged:** 20 May 2014.
**Military Judge:** CDR Michael J. Luken, JAGC, USN.
**Convening Authority:** Commander, Navy Region Mid-Atlantic, Norfolk, VA.
**Staff Judge Advocate's Recommendation:** CDR S.J. Gawronski, JAGC, USN.
**For Appellant:** LT Jonathan Hawkins, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**16 April 2015**

---

## OPINION OF THE COURT

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court